U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
NOV 2 3 2026
FILED/REC'D
CLERK OF COURT

United States District Court
120 N. Henry St., Rm. 320
Madison, WI 53703

Eric Flores , pro se petitioner
900 Brentwood Road N.E., Washington D.C., 20090

Vs.

United States Department of Justice , United States Attorney General, respondent
950 Pennsylvania Avenue N.W., Washington D.C., 20530

Federal Bureau of Investigation , respondent
935 Pennsylvania Avenue N.W., Washington D.C., 20535-0001

United States Senate, respondent
Washington D.C., 20510

---

**PETITION AGAINST MASS MURDER**

---

(1)Table of Content

(2)Opinion Below

(3)Parties of Interest

(4)Question Presented

(5)Constitutional Statutes

(6)Jurisdictional Statement

(7)Statement of the Case

(8)Statement of Facts

(9)Summary of Argument

(10)Argument

(11)Conclusion and Prayer

Pleaded By :

Eric Flores , pro se petitioner
900 Brentwood Road N.E.,
General Delivery
Washington D.C., 20090

**(2) Opinion Below**

The United States Congress enacted the "School Shooting Safety and Preparedness Act" that was designed to guide law enforcement officials on collecting data and evidence of any public school shootings , implement security measures to protect students in class from human threats , and other security measures to counter public school shootings.

However the School Shooting Safety and Preparedness Act does not mandate that it is **"mandatorily required"** for all educational institutions throughout the entire United States of America to implement court house setting security precautions of the sort consistent with city police officers or sheriffs using ex-tray machines to scan student backpacks for weapons and a metal detector to search and frisk every student or person at every entrance to every public school throughout the entire United States of America in order to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings in different states across America.

As a result of no law requiring court house setting security precautions to every entrance to every public school across America therefore more of the American student population was shot and killed in class in different states throughout the entire United States of America constituting mass murder of the American student population.

**(3) Parties of Interest**

(i)Eric Flores is pro se petitioner a party of interest whom place of business is located at 900 Brentwood Road N.E., General Delivery , Washington D.C., 20090

(ii)United States Department of Justice , United States Attorney General is the respondent a party of interest whom place of business is located at 950 Pennsylvania Avenue N.W., Washington D.C., 20530.

(iii) Federal Bureau of Investigation is the respondent a party of interest whom place of business is located at 935 Pennsylvania Avenue N.W., Washington D.C., 20535-0001.

(iv) United States Senate is the respondent a party of interest whom place of business is located at Washington D.C., 20510.

**(4) Question Presented**

(i)Whether public school shootings that occurred in different states , communities , or localities throughout the entire United States of America can be constituted as a pattern or trend of public school shootings in different states throughout the entire United States of America resulting in the death of a large number of students which meets the definition of mass murder of the American student population.

(ii)Whether a pattern or trend of public school shootings across America can be constituted as orchestration of mass killings of the American student population in public schools nation-wide.

(iii) Whether using a mind controlling computer to orchestrate public school shootings across America constitutes premeditated capitol mass murder in the first degree of the American student population.

(iv) Whether the respondents are liable in their official capacity for failure to enforce court house setting security precaution to every entrance to every public school throughout the entire the United States of America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings across America in which resulted in the death of a large number of the American student population constituting premeditated capital mass murder of the American student population in the first degree.

(v) Whether the respondents are liable in their official capacity for choosing to make a policy entitled the School Shooting Safety and Preparedness Act that did not mandatorily require for all public school

across America to implement court house setting security precaution to every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings across America in which resulted in the death of a large number of the American student population constituting premeditated capitol mass murder in the first degree.

(vi) Whether the respondents had the duty and responsibility to mandatorily require by law for all public school across America to impose court house setting security precaution to every entrance to every public school across America to more appropriately protect the America student population from the ongoing trend or pattern of public school shootings throughout the entire United States of America.

(vii) Whether the respondents were deliberately indifferent to the duty and obligation to protect the American student population by not mandatorily requiring by law for all public schools across America to impose court house setting security precaution to every entrance to every public school across america to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings across America in which resulted in the death of a large number of the American student population constituting premeditated capitol mass murder in the first degree.

(viii) Whether it is necessary to appoint a forensic analysis investigator from the United States Department of State to conduct a forensic analysis investigation or review of the mental state of mind that is also known as the memory of the shooter at the time that the public school shooting occurred to determine the identity of the perpetrator also known as a hacker for law enforcement authorities to apprehend or arrest the hacker for using a mind controlling computer to orchestrate public school shootings across America constituting premeditated capitol mass murder in the first degree.

(ix) Whether it is necessary to appoint a forensic medical professional from the United States Department of State to revive the American student population that were shot and killed in class in different states throughout the entire United States of America for the purpose of helping the American

students get well to testify before the court about what happened in class to give the reviving American student the opportunity to describe a public school shooting in which will establish that the petitioners cause of action is based on factual circumstances that occurred in real life and therefore not frivolous.

(x) Whether it is necessary for the court to enter an order to subpoena tangible items such as police reports , crime scene reports , witness statements , crime scene photographs , 911 records , death certificates , or autopsy reports of every American student that was shot and killed in class in different states across America in which will sufficiently establish that the petitioners cause of action is based on factual circumstances that occurred in real and therefore not frivolous.

(xi) Why do public school shootings continue to occur in our American society?

(xii) Whether identifying that there is a hacker will enable law enforcement authorities to arrest or apprehend the hacker for using a mind controlling computer to orchestrate public school shootings in different states across America constituting mass murder of the American student population throughout the entire United States of America.

(xiii) Whether arresting or apprehending the hacker for using mind controlling computers to orchestrate public school shootings in different states across America , will stop public school shootings from continuing to occur in our American society for a safer future in our American school system.

**(5)Constitutional Statutes**

Fourteenth Amendment of the United States Constitution

Eighth Amendment of the United States Constitution prohibition of cruel and unusual punishment

Fifth Amendment of the United State Constitution

Sixth Amendment of the United States of America

28 U.S.C & 1346 (b)(1)

28 U.S.C && 1391(b)

28 U.S.C & 1331

28 U.S.C& 2401(a)

18 U.S.C & 1964 ( c )

18 U.S.C & 1962

Article III of the United States Constitution

School Shooting Safety and Preparedness Act

Due Process Clause

Tucker Act of 1887

Marbury v. Madison, 5 U.S. 137 (1803)

28 U.S.C. & 1915(e)

**(6) Jurisdictional Statesment**

*(a)Subject Matter Jurisdiction of Civil Case*

Pursuant to 28 U.S.C. 1346(b)(1) states that the federal district courts, together with the United States District Court for the District of the Canal Zone and the District Court of the Virgin Islands, shall have exclusive jurisdiction of civil actions on claims against the United States, for money damages, accruing on and after January 1, 1945, for injury or loss of property, or personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred.

The petitioner civil case states that the respondent's were acting in the scope of their official duties to come together as an organization also known as the United States Senate to address or debate public school shootings that were occurring across America to make a final policy to enact the School Shooting Safety and Preparedness Act that did not mandatorily require by law that all public school across America are mandatorily required to implement court house setting security precaution at every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings across America in which lead to the death of a large number of the American student population constituting premeditated mass murder of the American student population. The circumstances surrounding the congressional failure to impose sufficient security precaution ahead of time resulting in the death of a large number of the American student population in the ongoing trend or pattern of public school shootings across America in which sufficiently arises to constitutional deprivation of life without due process of law under the Fifth and Fourteenth Amendment of the United States Constitution for each American student that was shot and killed in class in different states throughout the entire United States of America.

Therefore the federal district court does have jurisdiction to review and investigate the circumstances of this foregoing mass murder claim under 28 U.S.C.1346 (b)(1).

*(b)Venue of Jurisdiction of the Civil Case*

Pursuant to 28 U.S.C && 1391 (b) Venue in General.—A civil action may be brought in—

(1)a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;

(2)a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or

(3)if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

The petitioner brings this civil case against the two educated persons of each State of the fifty states of the United States that are the elected United States Senators of each State that consist of 100 senators of the United States Senate whom live or reside in different States throughout the entire United States of America.

As a result the petitioner is filing this civil suit in each States of the United States of America where the United States Senator resides or place of business is designated.

The United States Senator of each State of the United States has a place of business that is designated at the capitol of each state as a matter of law.

The law requires that the elected United States Senators have a place of business designated in the capitol of each State.

The capital of each State of the United States of America is designated as the place or location of the elected United State Senators residency or place of business.

Therefore the federal district court located in the capitol of each State of the United States of America is where this civil case should be filed because it is designated as the location of the place of business or residency of the United States Senator of each State.

Thus , venue of jurisdiction has been established in the federal court located in the capitol of each State of the United States of America where the elected US Senators place of business or residency is designated as a matter of law.

*( c ) Federal Question Jurisdiction in this Civil Case*

The Constitution states in Article III that the judicial power shall extend to all Cases,

In Law and Equity, arising under this Constitution, the Laws of the United States, and

Treaties made, or which shall be made, under their Authority.

Pursuant 28 U.S.C & 1331 the federal district court has jurisdiction over any civil case ariseing from laws , treaties, or rules of the United States Constitution.

The petitioner civil case arises from the Fifth , Sixth , Fourteenth , and Eighth Amendment of the United State Constitution.

Therefore the federal district court has jurisdiction over this civil case arising under the Fifth , Sixth , Fourteenth , and Eighth Amendment of the United States of America.

*(d) U.S. Senate waiver of sovereign immunity*

Pursuant to the Tucker Act of 1887 the petitioner invokes a federal law to waive sovereign immunity for the U.S. Senate to allow individuals such as the American student population to seek financial compensation for being shot and killed in class in different states across America as a result of the U.S Senate actions to enact a School Shooting Safety and Preparedness Act without mandatorily requiring by law that every single public school across America is mandatorily required to impose court house setting security precaution at every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings in different states throughout the entire United States of America in which resulted in the death of a large number of the American student population by being shot and killed in class inside a public school in different States throughout the entire United States of America constituting premeditated capitol mass murder in the first degree.

On those legal basis the petitioner invokes the Tucker Act of 1887 to waive sovereign immunity of the United States Senate in its official capacity to establish liability under a theory of respondeat superior for its subordinates also known as United States Senators episodic acts or omissions to be deliberately indifferent to its policy to protect the American student population by intentionally and knowingly failing to impose a law that mandatorily requires for all public school across America to

implement court house setting security precautions at every entrance to every public school across America with police officers or sheriffs officials using metal detector devices to search and frisk every person walking into a public school across America for guns to include using metal detector ex-tray machines to scan backpacks or purses for guns in order to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings across america that has resulted in the death of a large number of the American student population constituting premeditated capitol mass murder in the first degree.

*<u>( e ) Petitioners Challenge to an Act of Congress</u>*

Pursuant to Marbury vs. Madison (1803) states that the judiciary has the power to declare an act of the legislative or executive branch unconstitutional.

The petitioners files this petition in the federal court system that is also known as the judiciary to challenge an act of the United States Senate that arises to a constitutional deprivation of life without due process of law against the American student population that has been shot and killed in class inside a public school in different states across America as a result of the United States Senates enactment of the School Shooting Safety and Preparedness Act that did not mandatorily require by law that all public school across America must implement court house setting security precaution to every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shooting in different states across America that has resulted in the death of a large number of the American student population.

Such actions to not require by law for all public schools across America to implement court house settings security precaution to every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings in which is an unconstitutional act of the United States Senate that resulted in the

death of a large number of the American student population constituting premeditated capitol mass murder in the first degree.

For this reason the petitioner files a petition against mass murder in the federal court system to challenge an act of the United States Senate that is unconstitutional under Marbury vs. Madison.

(f) Statutes of Limitation in Civil Case

Pursuant to 28 U.S.C.& 2401( a) the statute of limitation in a civil case against the government has a six year limit beginning from the date the governmental wrong occurred to file a civil case in the federal court system.

However because the governmental wrong consist of failing to implement a law that mandatorily requires all public schools across America to have court house setting security precaution to every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings that are still occurring across America therefore the statute of limitation restarts every time a public school shooting occurs in the United States that results in the death of a number of the American student population as a result of a lack of court house setting security precautions.

On those basis the statute of limitation in this civil case restarted on the date that the last public school shooting occurred in the United States of America. The last public school shooting that occurred in america was the Brown University shooting resulting in serious injuries against students such as death.

The Brown University shooting occurred on December 13 , 2025 in which is the date the six year statute of limitations begins.

Thus the petitioner timely files this petition against mass murder within the six year statute of limitation to file a civil case against governmental wrong.

**<u>(7)Statement of the Case</u>**

*<u>(A)History of Public School Shootings in America</u>*

The history of public school shootings predates back to March 28 , 1891 when a man with a double barreled shotgun fired upon a crowd of students and faculty attending a school exhibition in Parson Hall House in Liberty , Mississippi.

One month later on April 9 , 1891 James Foster went inside St. Mary's Parochial School in New York and opened fire. The students he shot all survived. Other than those two public school shootings in early 1891 there were no more public school shootings for the next ten years.

Another public school shooting did not occur until 1903 in August 14 when a person by the name of Gilbert Twigg a war veteran , deliberately fired into a crowd of people in Winfield Kansas immediately killing 9 people and wounding 25 others.

On those basis it took ten years for another public school shooting to occur since the very first mass killing that happened in 1891.

These circumstances of identifying the fact that since the very first public school shooting in 1891 it took exactly 10 ten later for another public school shooting to occur in 1903 in which clearly show that public school shootings are not a frequent occurrence in our American society.

For instance in another examples of how public school shootings are not a frequent occurrence on January 1913 in Houston Texas Thomas Jones went on a murderous shooting spree.

But no other public school shooting occurred until twenty years later in 1936 June 4 a professor named Wesley Crows shot and killed 5 people in Bethlehem Pennsylvania.

Once again it took almost twenty years for another public school shooting to occur in which clearly shows that public school shootings are not a frequent occurrence in our American society.

Here in a third example other mass shootings occurred particularly in a school setting such as the mass shooting that happened at Pasadena Public School on May 9 , 1940 when thirty year old Verlin Spencer opened fire on school property killing 4 student.

Yet again another public school shooting did not occur until twenty years later on February 2 , 1960 when Principle Leonard O. Redden opened fire at a crowd of 30 students at William Reed Elementary. Once again this third example clearly shows that public school shootings are not a frequent occurrence in our American society.

However recently the news media and the front page of the local newspaper showed a growing trend or pattern of public school shootings across America occurring every week in different states throughout the entire United States of America in which was very suppressing because public school shootings are not a frequent occurrence in our American society.

Remember , the petitioner clearly showed that public school shootings only occur every ten too twenty years not every week.

In fact as a member of the audience that read and watched the local media broadcast brutal scenes of public school shootings every week , it seemed that there was a perpetrator that was orchestrating the public school shootings every week in different states throughout the entire United States of America, because the level of intensity was very strong with public school shootings occurring every week.

<u>(B)Congressional Proceedings Addressing Public School Shootings</u>

The pattern or trend of public school shootings that occurred every week in different states throughout the entire United States of America prompted the United States Senate to conduct congressional proceedings and debates on the ongoing trend or pattern of public school shootings across America in different states throughout the entire United States of America.

At the time that the United States Senate conducted congressional proceedings to debate public school shootings that were occurring every week across America in different states throughout the entire United States of America , the United States Senate had the responsibility and duty to enforce court house setting security precautions at every entrance to every public school across America to more appropriately protect the American student population with city police or sheriff at every entrance to every public school across America to use a metal detector to search and frisk every person that walks into the public school across America for weapons or gun to include using metal detector ex-tray machines to scan backpacks and purses for guns in order to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings that were occurring every week in different states throughout the entire United States of America.

(C)Unconstitutional Act by United States Senate

Instead , the United States Senate enacted School Shooting Safety and Preparedness Act to require that law enforcement responding to a public school shooting to collect data.

The United States Senate enacted the School Shooting Safety and Preparedness Act to require that the public school implement security measures to protect the student from human threats.

But the School Shooting Safety and Preparedness Act did not stop public school shootings from occurring in our American society as a result of failing to address a mandatory requirement by law stating that all public school across America must have court house setting security precaution with police officers at every entrance to every public school across America using metal detector to search and frisk every person walking into a public school across America , to include , using ex tray machines to scan purses or backpacks for guns in order to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings that were occurring every week in different states across America throughout the entire United States of America.

As a result the United States Senate failed in its duty and obligation to protect the American student population from the ongoing trend or pattern of public school shootings across America by not imposing a law that mandatorily required that all public school across America must implement court house setting security precaution at every entrance to every public school across America in order to more appropriately protect the America student population from the ongoing trend or pattern of public school shootings in different states across America .

The United State Senates failed to impose a law that mandatorily requires that every public school across America must implement court house setting security precaution at every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings across America that occurred at the time of the congressional proceedings for public school shootings in which caused for more of the American student population to be shot and killed in class in another public school shooting that occurred every other week in different states throughout the entire United States of America constituting premeditated capitol mass murder of American student population.

If the United States Senate would have imposed a law that mandatorily required that all public school must implement court house setting security precaution to every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shooting across America in which would have prevented a large number of the American student population from being shot and killed in class in different states across America.

Not to withstand the fact that the United States Senate implemented a finding that mental illness or mental disorders were the reason behind public school shootings during the congressional proceedings that addressed public school shootings in which is not true and has mislead law enforcement authorities to believe that mental illness or mental disorders are behind the reason why public school shootings occur which may have caused law enforcement authorities to stop looking for other perpetrators that is

using a mind controlling computer to orchestrate public school shootings across America throughout the entire United States of America.

This means that the United States Senate falsely allegedly that mental illness or mental disorders was the reason behind public school shootings in order to hide the real actual reason why public school shootings continue to occur in our American society in which is because of the fact that there is a perpetrator whom is using a mind controlling computer to orchestrate public school shootings across America constituting premeditated capitol mass murder in the first degree.

The United States Senate does not like to address issues involving mind controlling computers also known as hacks openly and attempts to keep issues such as mind controlling computers a secret by not acknowledging the existence of mind controlling computers when refusing to engage openly in debate in a congressional proceedings.

(D)Petitioners Research Analysis of the Usage of a Mind Controling Computer to Orchestrate Public School Shootings Across America

For this reason the petitioner conducted a research analysis on the subject matter of mind controlling computers in research data bases of a educational institution of higher learning to add credibility to the petitioner effort to reveal the fact that a mind controlling computers does exist which is being used by a hacker to orchestrate public school shootings across America especially since the United States Senate tends to adhere to secrecy on the issue of mind controlling computers.

The oxford dictionary defines research as a systematic investigation into and study of material and sources to establish facts and reach new conclusion.

Based on the above definition, research is a systematic process for the investigation to establish facts, offer an analysis, suggest an explanation or posit a theory. It is an attempt to search for knowledge systematically and scientifically. Research examines a subject from different points of view and perspectives. Research is the ability to locate and evaluate information. In essence, research is a valuable skill and a learning process for many areas of life.

To begin the process of locating and evaluating information , the petitioner based the research analysis on qualitative and quantitative methods. The qualitative method is involving comparisons based on qualitics.

The meaning of qualitics is a characteristics property that defines the nature of something that is evident. Determining in qualitative is based on senses or judgement.

Qualitative deals with data observable senses such sight , taste , smell , touch , and hearing. Qualitative research technique is to find answer to why and how human behavior is expressed in such a manner on the basis of experiences and observation.

This technique collects data through different avenues of communicates such as interviews , group discussion , and observations on television , newspapers , or literature such as books.

This qualitative technique adopts unstructured or semi-structured questions that concentrate on the point-of-view of the participant to build a theory.

The qualitative method works better in a natural setting such as the public interest of health and safety. It is subjective and considers studies, for content, thematic and pattern analysis. This technique is relevant for fewer sample size with open-ended interpretative questions.

The petitioner used this qualitative technique to observe and read studies on public school shootings , book, newspaper , magazines , scholarly articles , peer reviews , and watch the television local news media on a daily basis to gather data on the issue of the usage of mind controlling computers to orchestrate public school shootings across America.

During this qualitative research the petitioner found a book of great interest entitled “Hacker Culture” by Thomas Douglas that is about a hacker culture described as demographics composed primarily but not exclusively of white , suburban boys , because there are relatively few girls whom participated in the hacker culture. (See page x / Introduction in the book entitled “Hacker Culture”). This

is interesting because so far it has only been white people that use a gun to shoot and kill students in class in different states throughout the entire United States of America.

This identification of characteristics of a hacker culture is very important in which is because it identifies one key characteristic of the persons identity also known as hacker with the capability of using a mind controlling computer to conduct public school shootings across the entire United States of America constituting premeditated capitol mass murder in the first degree of the American student population.

The governmental authorities have failed to apprehend or arrest the white suburban boy also known as a hacker for using a mind controlling computer to conduct public school shootings across America.

As a result of the governmental authorities failure to apprehend or arrest the white suburban boy also known as a hacker therefore this infamous hacker is able to continue to use a mind controlling computer to conduct public school shootings across the entire United States of America in which is the real actual reason why public school shootings continue to occur in our American society.

What's even more bothering is that the governmental authorities have failed to identify the fact that there actually exist a person using a mind controlling computer to conduct public school shootings as a result of reading falsification of the hackers capabilities through some type of law enforcement educational text book.

For instance , the book entitled "Hacker Culture" by Thomas Douglas states that not long ago being called a hacker meant only that one belonged to a group of technology obsessed college graduate students who worked tirelessly on the duel diversion of finding interesting ways around problems and perpetuate clever but harmless pranks as documented by Steven Levy 1984 book entitled Hackers.(See page 10 of book entitled "Hackers Culture" by Thomas Douglas).

This type of identification of characteristics of a hacker has continuously mislead governmental authorities to believe that hackers are not dangerous to human life because a hacker only has the

capability of using a computer to trespass into data bases to retrieve sensitive data such as credit card holders identity information to extort thousands of dollars from credit card companies under some other persons identity. (See page 5 of the book entitled "Hackers Culture" by Thomas Douglas).

Yet , there are absolutely no educational text book that state a hacker has the capability of using a mind controlling computer to conduct public school shootings in which is why governmental authorities have failed to identify that there exist a hacker that has the capability of using a mind controlling computer to conduct public school shootings.

This type of failure of identification of a hacker that is dangerous to human life has caused governmental authorities to fail to arrest or apprehend the hacker, giving the suburban white boy also know as a hacker the freedom of being able to continue using mind controlling computer to conduct public school shootings across America.

The governmental authorities have failed to apprehend or arrest a hacker in which is because the news media and social media outlets have alleged that mental illness is the reason behind public school shootings across America. Even the United States Senate has had several congressional proceedings alleging mental illness as the reason behind public school shootings across America.(See NBC News (June 7 , 2022) by Lincoln A. Mitchel a political analyst retrieved from https://www.nbcnews.com/think/amp/rcna32168.

This has caused for governmental authorities to believe that it is a lone individual perpetrator without an accomplice that uses a gun to shoot and kill students in a classroom inside a public school.

The allegations of mental illness as the reason behind public school shootings across America has also caused governmental authorities to fail to identify another suspect that is directly involved in various different public school shootings across America that is also known as a hacker that uses a computer to take physical control of a person's mental state of mind to the degree of compelling that person into an act of duress by a calculated procedure on the computer to use a weapon such as a gun to shoot and kill

student in a classroom throughout the entire United States of America constituting premeditated capitol mass murder in the first degree , without just cause , for no apparent reason, other than to takeover the deceased students educational career to extort student loans and pell grants from the United States Department of Education.

The petitioners qualitative research methods of reading the local newspaper on a daily basis and watching the news media events on television on a daily basis revealed a continues trend or pattern of the same crime such as public school shootings that occurred in the same location such as a classroom in a public school resulting in the death of the same victim such as an American student in which demonstrates to be a sophistication that can only be facilitated by a intellectual person and not by a person with a mental illness as alleged by the congress or social media.

On the other hand , the petitioner used the quantitative research method to express a quantity or the measurement of students that were shot and killed in a public school in different states across America throughout the entire United States of America.

In quantitative measurements is a process of assigning numbers through the process of general conscious awareness instead of institution or reasoning. Quantitative analysis involves numbers and measurements.

On those basis petitioners quantitative research methods counted each and every American student that was shot and killed in a public school in different states across America in which amounts to a large number of the death of American students constituting premeditated capitol mass murder of the American student population in the first degree.

In fact this research study reveals that the trend or pattern of public school shootings across America is because of a hacker that is continuously using a mind controlling computer to conduct public school shootings across America within the meaningful context of a white suburban boy known to be a hacker that uses sophisticated methods of calculating a procedure on the computer to take physical control of a

person's mental state of mind to the degree of compelling that person into an act of duress by a calculated procedure on the computer to use a weapon such as a gun to shoot and kill students in a classroom across America constituting premeditated capitol mass murder in the first degree of the American student population , without just cause , for no apparent reason , other than taking over the deceased students educational career to extort student loans and pell grants from the United States Department of Education.

All this information taken together in totality of circumstances the falsification of literature by people like William Gibson on the characteristics of a hacker alleged only to be involved in computer schemes not dangerous to human life when in reality there has been a growing number of hackers with the capability of using a mind controlling computer to conduct public school shootings across America in which is clearly dangerous to human life.

This type of falsification of literature by people like William Gibson has misidentified the characteristics of a hackers capabilities only in computer crimes but not in real life like using a mind controlling computer to conduct public school shootings across America constituting premeditated capitol mass murder in the first degree of American student population without just cause. Failure to identify this type of a hacker dangerous to human life by falsification of literature by people like William Gibson that has wrongly identified the hacker as a criminal but only in computer crimes has mislead governmental authorities to not be able to correctly identify the existence of a hacker of the sort that has the capability of using a mind controlling computer to conduct public school shootings across America. (See page xii / Introduction of the book entitled Hacker Culture by Thomas Douglas).

This white boy also known to be a hacker dangerous to human life is sometimes a foreign immigrant from a foreign country and yet according to the book entitled "Hacker Culture" there is another type of hacker that is also a white boy whom is a citizen of the country where the public school shooting occurred like the United States of America. However American news media accounts states that there

are many hackers that come from various natures and nationalities that all have one same characteristic which is that the hacker is a white boy regardless of nationality or nature.

Yet again in another reason the governmental authorities have failed to identify a hacker that is using a mind controlling computer to orchestrate public school shootings in which is because of the concept of secrecy to keep classified and confidential the creation or existence of mind controlling computers of the sort that can take physical control of another person's mental state of mind also known as a hack to compel that person into an act of duress by a calculated procedure on the computer to conduct public school shooting by using a weapon such a gun to shoot and kill students in a classroom inside a public school across America in which is kept secret by portraying in the social media or news media that mental illness is behind the growing trend or pattern of public school shootings across America.

The genealogy of secrecy arose during the Allied work to break German code at the time of World War II in which carried on into the twentieth century in the new phenomenon of keeping secret the use of mind controlling computers to conduct public school shootings across America by creating public images of believing social media reports or news media accounts that mental illness is behind the reason for the on going trend of public school shootings across America.(See page 12 twelve in the book entitled Hacker Culture" by Thomas Douglas).

Today , as a result of the genealogy of secrecy , no scholar has attempted to create scholarly sources regarding the usage of mind controlling computers to conduct public school shootings across America in which has lead person concern about student welfare and awareness to write fiercely on the topic over many objections by academic scholars that adhere to the genealogy of secrecy. But yet many persons with concerns about student welfare and awareness have articulated scholarly articles and books to touch many basis on the topic of the usage of mind controlling computers to conduct public school shootings across America as a form of creating a scholarly source for future reference by another police investigator or government official. Today , persons with concerns over student welfare and awareness

are attempting to rescue the topic of using a mind controlling computer to conduct public school shootings from the genealogy of secrecy of the old age by composing petitions on the subject matter of using a mind controlling computer to conduct public school shootings across America to create some form of a scholarly source for future reference by governmental authorities or even police investigators.

There is some form of genealogy on the topic of using mind controlling computers to conduct public school shootings in which consist of an ongoing trend or pattern of the same crime such as public school shootings that continuously has occurred in the same geographical location such as a class room inside a public school which has resulted in the death of the same victim such as the American student population.

What's even more bothering is that hackers are continually looking for ways to perturb or disrupt authority and challenge any understanding or representation of who they are in which is another one of the main reasons governmental authorities have failed to establish grounds to identify a hacker that is dangerous to human life or believe that there exist a white boy also known as a hacker that has the capability of using a mind controlling computer to conduct public school shootings across America.(See page 141 of the book entitled Hacker Culture by Thomas Douglas).

If the congress does not address issues involving hackers with the capability of using mind controlling computer to conduct public school shootings then the school massacres will continue to occur in our American society.

But if congress address issues involving hackers with capabilities of using mind controlling computers to conduct public school shootings then school massacres will cease to exist in our American society.

The United States Congress has failed to address issues such as hackers with the capability of using mind controlling computers and its capabilities of conducting public school shootings in which is the reason why public school shootings continue to occur in our American society.

However if congress address issues such as hackers with capabilities of using mind controlling computers and its capabilities of conducting public school shootings then school massacres will cease to occur in our American society.

Further , if congress addresses issues involving apprehending or arresting hackers for using mind controlling computers to orchestrate public school shootings across America then public school shootings will cease to occur in our American society.

(E)Discriptions of Public School Shootings

The perpetrator also known as a white person named a hacker used a mind controlling computer to orchestrate the following public school shooting set forth below , in particular ;

(i)The perpetrator used advanced technology with a direct signal to the satellite in outer space that has the capability of calculating a genetic code to profoundly disrupt the personality and senses of another white person for long duration exceeding calendar days in which was equivalent in intensity to take physical control of the white persons named Adam Lanza mental state of mind to the degree of compelling that white person named Adam Lanza into an act of duress by a calculated procedure to use a weapon such as a gun to shoot and kill American students in a classroom at Sandy Hook elementary school in New Town Connecticut resulting in the death of twenty students and two faculty members constituting premeditated capital mass murder in the first degree ;

(ii)The perpetrator used advanced technology with a direct signal to the satellite in outer space that has the capability of calculating a genetic code to profoundly disrupt the personality and senses of a white person named Dimitrios Pagourtzis for long duration exceeding calendar days in which was equivalent in intensity to take physical control of the mental state of mind of a white person named Dimitrious Pagourtzis to the degree of compelling that white person named Dimitrios Pagourtzis into an act of duress by a calculated procedure on the computer to use a weapon such as a gun to shoot and kill

eight students and two teachers at Santa Fe High School in Santa Fe Texas constituting premeditated capitol mass murder in the first degree ;

(iii)The perpetrator used advanced technology with a direct signal to the satellite in outer space that has the capability of calculating a genetic code to profoundly disrupt the personality and senses of a white person named Nikolas Cruz for long duration exceeding calendar days in which was equivalent in intensity to take physical control of the mental state of mind of the white person named Nikolas Cruz to the degree of compelling the white person named Nikolas Cruz into an act of duress by a calculated procedure on the computer to use a weapon such as a gun to shoot and kill eighteen students inside Marjory Stoneman Douglas High School in Miami Parkland Florida constituting premeditated capitol mass murder in the first degree ;

(iv)The perpetrator used advanced technology with a direct signal to the satellite in outer space that has the capability of calculating a genetic to profoundly disrupt the personality and senses of a white person named Anthony Polito for long duration exceeding calendar days in which was equivalent in intensity to take physical control of Abthony Polito mental state of mind to the degree of compelling Anthony Polito into an act of duress by a calculated procedure to use a weapon such as a gun to shoot and kill three students in Las Vegas Nevada University constituting premeditated capitol mass murder in the first degree ;

(v)The perpetrator used advanced technology with a direct signal to the satellite in outer space to profoundly disrupt the personality and senses of a white person named Colt Gray for long duration exceeding calendar days in which was equivalent in intensity to take physical control of Colt Gray mental state of mind to the degree of compelling Colt Gray into an act of duress by a calculated procedure on the computer to use a weapon such as a gun to shoot and kill eleven students inside Apalachee High School in Wender Georgia constituting premeditated capitol mass murder in the first degree ;

(vi)The perpetrator used advanced technology with a direct signal to the satellite in outer space to profoundly disrupt the personality and senses of a person named Seung-Hui Cho for long duration exceeding calendar days in which was equivalent intensity to take physical control of the mental state of mind of Seung-Hui Cho to the degree of compelling Seung – Hui Chi into an act of duress by a calculated procedure to use a weapon such as a gun to shoot and kill twenty seven students at the Virginia Polytecgnic Institute and State University at Virginia Blacksburg in which constitutes premeditated capitol mass murder in the first degree ;

(vii) The perpetrator used advanced technology with a direct signal to the satellite in outer space to profoundly disrupt the personality and senses of a commercial airplane pilot with civilian passengers for long duration exceeding calendar days in which was equivalent in intensity to take physical control of the commercial airplane pilots mental state of mind to the degree of compelling the commercial airplane pilot into an act of duress by a calculated procedure on the key board of the computer to cause the commercial airplane pilot to crash land the commercial airplane resulting in the death of the civilian passengers on board of the commercial airplane constituting premeditated capitol mass murder in the first degree ;

(viii)The perpetrator used advanced technology with a direct signal to the satellite in outer space to profoundly disrupt the personality and senses of a motorist operating a motor vehicle on the interstate high way with civilian passengers for long duration exceeding calendar days in which was equivalent in intensity to take physical control of the mental state of mind of the motorist while operating a motor vehicle with civilian passengers on the highway to the degree of compelling the motorist into an act of duress by a calculated procedure on the key board of the computer to cause the motorist to crash the vehicle into another vehicle on the interstate high way resulting in the death of the civilian passengers constituting premeditated capitol mass murder in the first degree ;

(ix) The perpetrator used advanced technology with a direct signal to the satellite in outer space to profoundly disrupt the personality and senses of Stephen Paddock mental state of mind for long duration exceeding calendar days in which was equivalent intensity to take physical control of Stephen Paddock mental state of mind to the degree of compelling Stephen Paddock into an act of duress by a calculated procedure to use a weapon such as a gun to shot and kill more than 50 fifty private American citizens civilians in a concert music festival at a casino stripe in Las Vegas Nevada constituting premeditated capitol mass murder in the first degree ;

(xii) The perpetrator used advanced technology with a direct signal to the satellite in outer space to profoundly disrupt the personality and senses of Omar Mateen mental state of mind for long duration exceeding calendar days in which was equivalent intensity to take physical control of Omar Mateen mental state of mind to the degree of compelling that Omar Mateen into an act of duress by a calculated procedure to use a weapon such as a gun to shoot and kill more than 50 fifty private American citizens civilians in a gay night club in Orlando Florida constituting premeditated capitol mass murder in the first degree.

**(8) Statement of Facts**

*(I)The Nature of Petitioners Mass Murder Claim*

Pursuant to 28 U.S.C. & 1915(e) the court can not dismiss a civil case that is seeking relief from imminent danger such as death.

The petitioners civil case is seeking relief from imminent danger such as death of the American student population by the ongoing trend or pattern of public school shootings in different states of the United States of America resulting in the death of a large number of the American student population constituting premeditated capitol mass murder in the first degree.

The petitioners civil case seeks to impose a law that mandatorily requires that every public school across America must implement court house setting security precaution at every entrance to every

public school across America to more appropriately protect the America student population from the ongoing trend or pattern of public school shootings in different states throughout the entire United States of America.

*(II) Respondents Liability in Official Capacity*

Claims against individuals in their officials capacity are treated as claims against the governmental entities that employee them.

The 100 one hundred senators that consist of two educated persons from each state of the United States of America were acting in the scope of their officials duties by gathering together as one group or organization that is known to be the United States Senate to enact the School Shooting Safety and Preparedness Act without imposing a law that mandatorily required that every public school across America must implement court house setting security precaution of the sort that are consistent with city police and sheriff at every entrance to every public school throughout the entire United States of America to use metal detector devices to search and frisk every person walking into a public school across America , to include , using ex tray machine to scan the property of every person walking into a public school across America in order to more appropriately protect the American student population from the ongoing trend or pattern of public school shooting across America in which resulted in the death of a large number of the American student population constituting premeditated capitol mass murder in the first degree throughout the entire United States of America.

Governmental entities may be sued only where the alleged unconstitutional actions implements or executes a policy , ordinance , regulations , or decision officially adopted and promulgated by that governments officer.

The United States Senate unconstitutional actions of allowing the students to be shot and killed in class in different states throughout the entire United States of America is a result of the United States Senate failing to implement or executes their policy to protect the American student population by not

imposing a law that mandatorily requires that every public school across America must implement court house setting security precaution to every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings across America in which resulted in the death of a large number of the American student population constituting premeditated capitol mass murder in the first degree.

Deprivation pursuant to governmental customs are actionable where the practice although not formally approved has become so persistent and widespread by US Senators to constitute usage or custom wit the force of law.

In this particular case , the constitutional deprivation of life without due process of law against the student that was shot and killed in class in different states across America which occurred pursuant to the governmental customs or practice to address or debate public school shootings in the United States Senate to implement a School Shooting Safety and Preparedness Act that did not mandatorily require by law that all public school across America must have court house setting security precaution at every entrance to every public school across America to more appropriately protect the American student population in which resulted in the death of a large number of the American student population constituting premeditated capitol mass murder in the first degree.

Therefore the constitutional violation of life without due process of law against the student that was shot and killed in class in different states across America resulted from a governmental customs or practice to enact School Shooting Safety and Preparedness Act without mandatorily requiring by law that every public school across America must impose court house setting security precautions at every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings across America in which resulted in the death of a large number of the American student population constituting premeditated mass murder in the first degree.

A governmental entity also known as the US Senate may be held liable under a theory of respondeat superior based solely on the action of its United States Senators for failing to mandatorily require by law for every public school across America must implement court house setting security precaution at every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend of public school shootings in different states across America in which resulted in the death of a large number of the American student population constituting premeditated capitol mass murder in the first degree.

The United States Senate is the final policy maker on issue involving public school shooting across America throughout the entire United States of America.

The policy of the government is to protect the American student population from the ongoing trend of public school shootings in different states across America throughout the entire United States of America.

The United States Senate made a final policy decision entitled School Shooting Safety and Preparedness Act that did not mandatorily require by law that every public school across America must implement court house setting security precaution at every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend of public school shootings in different states across America in which resulted in the death of a large number of the American student population constituting premeditated capitol mass murder in the first degree.

Governmental liability may arise from a decision of a final policy maker responsible for that activity which caused constitutional deprivation of life without due process of law against the American student population that was shot and killed in class across America as a result of its United States Senators actions to enact the School Shooting Safety and Preparedness Act without mandatorily requiring by law that every public school across America must implement court house setting security

precaution at every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shooting across America in which resulted in the death of a large number of the American student population in different states across America constituting premeditated capitol mass murder in the first degree.

The United States Senate as a whole organization is liable under a theory of respondeat superior based solely on the actions of its United States Senators from each state for enacting the School Shooting Safety and Preparedness Act that did not mandatorily require by law for every public school across America must implement court house setting security precaution at every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend of public school shooting across America in which resulted in the death of a large number of the American student population in different states across America constituting premeditated capitol mass murder in the first degree.

Thus , the petitioner establishes liability against the United States Senate and its United States Senators from each state in their officials capacity under a theory of respondeat superior.

(III) *Liability Under A Deliberately Indifferent Standard Of Conduct*

The minimum standards for providing human basic needs including adequate medical care to revive American student population that were shot and killed in class across America and protection from violence to prevent the students from being shot and killed in class inside a public school across America under the Fourteenth Amendment in which are the same minimum standards required by the Eighth Amendments prohibition of cruel and unusual punishment. Therefore the United States Senate to include its subordinates United States Senators liability in their official capacity under a theory of respondeat superior should be analyzed under a deliberately indifferent standard of conduct applicable to both amendments.

That is because the United State Senate is liable in their official capacity under a theory of respondeat superior for its subordinates United States Senators episodic acts or omissions of having substantial knowledge of the substantial risk of serious harm of not imposing a law that mandatorily requires that every public school across America must implement court house setting security precaution at every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings across America however the United States Senate and its subordinates also known as United States Senators were deliberately indifferent to that substantive risk of serious harm to the American student population by failing to impose a law that mandatorily requires that every public school across America must implement court house setting security precaution at every entrance to every public school across America in which resulted in the death of a large number of the American student population constituting premeditated capitol mass murder in the first degree.

(IV) Petitioner RICO Civil Claim

Pursuant to 18 U.S.C & 1964 the petitioner invokes the jurisdiction of the federal district court to prevent and restrain violation of section 1962 of chapter 18 of the United States Code by a group of individuals also known to be elected United States Senators from the fifty states of the United States whom conspired in a group or organization as a part of an enterprise that is also known as the United States Senate to receive derived income as a form of bribery for their vote in the senate to enact the School Shooting Safety and Preparedness Act without mandatorily requiring by law that all public school across America must implement court house setting security precaution of the sort that are consistent with employing city police or sheriff official to use metal detector devices to search and frisk every person walking into every public school across America to include using ex tray machines to scan backpacks or purses for weapons or guns at every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of

public school shootings in different states across America throughout the entire United States of America in which resulted in the death of a large number of the American student population in different states across America that were shot and killed in class throughout the entire United States constituting premeditated capitol mass murder of the American student population in the first degree.

Furthermore under the Tucker Act the petitioner can waive the sovereign immunity of all United States Senators and their enterprise the United States Senate to enforce the RICO Act civil law against governmental entities.

The petitioner is seeking for the federal district court to enter an order prohibiting all United States Senators from the fifty states of the United States from accepting or receiving derived pecuniary or monetary benefits to not vote in the senate to impose a law that mandatorily requires that every public school across America must implement court house setting security precaution to every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend of public school shootings across America.

*(V) Students Denied Adequate Medical Care*

To state a claim of the denial of adequate medical care the petitioner must state acts or omissions sufficiently harmful to evidence deliberately indifferent to serious medical needs.

On those basis the United States Senate had substantive knowledge of the substantial risk of serious harm or injury that might occur against the American student population if the United States Senate did not impose a law that mandatorily required that every public school across America must implement court house setting security precaution at every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings across America however the United States Senate was deliberately indifferent to the substantial risk of serious harm or injury to the American student population by failing to impose a law that mandatorily required that every public school across America must implement

court house setting security precaution at every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shooting across America in which resulted in the death of a large number of the American student population across America constituting premeditated capitol mass murder in the first degree.

The United States Senate had substantive knowledge that the American student population was being shot and killed in class in different states throughout the entire United States of America as a result of the United States Senates failure to impose a law that mandatorily required that every public school across America must implement court house setting security precaution to every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings across America.

Therefore United States Senate had the duty and responsibility to provide adequate medical care to revive the American student population that was shot and killed in class in different states throughout the entire United States of America as a result of the United States Senates failure to impose a law that mandatorily requires that every public school across America must implement court house settings security precaution at every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings across America in which resulted in the death of a large number of the American student population constituting premeditated capitol mass murder in the first degree.

However the United States Senate was deliberately indifferent to the serious medical needs of the American students population that was shot and killed in class in different states throughout the entire United States of America by not providing adequate medical care to revive the American students population that were shot and killed in class in different states across America as a result of the United States Senates failure to impose a law that mandatorily requires that every public school across America must implement court house setting security precaution at every entrance to every public school across

America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings across America.

Thus far , the American students population that was shot and killed in class in different states throughout the entire United States of America have not revived in which clearly establishes sufficient evidence to prove beyond a reasonable doubt that the United States Senate was deliberately indifferent to serious medical needs of the American student population that were shot and killed in class in different states throughout the United States of America.

*(VI) The United States Senate Cruel and Unusual Punishment Against the American Student Population Constituting Mass Murder in the First Degree*

The unnecessary and wanton inflection of pain constitutes cruel and unusual punishment in violation of the Eighth Amendment.

The United States Senate had substantive knowledge of the substantial risk of serious harm to the American student population if the United States Senate decided to not impose a law that mandatorily required for every public school across America to implement court house setting security precaution at every entrance to every public school across America throughout the entire United States of America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings in different states throughout the entire United States of America in which would ultimately lead to more students being shot and killed in class in different states across America resulting in mass murder of the American student population.

However the United State Senate was deliberately indifferent to that substantial risk of serious harm to the American student population by deciding to enact the School Shooting Safety and Preparedness Act without mandatorily requiring by law that every public school across America must have court house setting security precaution to every entrance to every public school across America in order to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings in different states across the entire United States of America in which resulted

in the death of a large number of the American student population constituting premeditated capitol mass murder in the first degree.

As a result the United States Senate action to fail to impose a law that mandatorily required all public schools across America to implement court house setting security precaution at every entrance to every public school across America in which resulted in a unnecessary and wanton infliction of pain to maliciously and sadistically cause serious injury against the American student population that was shot and killed in class in different states throughout the entire United States of America constituting premeditated capitol mass murder in the first degree.

This type of violent occurrence as a America student in class can be constituted as a violent terrorist act against the American student population to intimidate the policy of the government to allow foreign governments to interfere in presidential elections of the United States of America.

Several factors are considered to determine if unnecessary and wanton infliction of pain was used , including 1) the extent of the injury suffered by the American student population that was shot and killed in class ; 2) the need for the application of the unnecessary and wanton infliction of pain used against the American student population to intimidate the policy of the government ; 3) the relationship between the need for the application for unnecessary and wanton infliction of pain and the amount of wanton infliction of pain used to intimidate the policy of the government ; 4) the threat reasonably perceived by the government ; and 5) any efforts made to temper the severity of the unnecessary and wanton infliction of pain against the American student population made by the United States government.

The degree of physical injury to support a Eighth Amendment claim must be more than de minimus though not be significant. The sort of physical injury considered actionable under the Eighth Amendment is an observable or diagnosable medical condition requiring medical treatment from a

medical professional. A de minimus injury is not a sore muscle , scratch , abrasion or bruise of the type that would not otherwise force a free world person to seek medical treatment.

By contrast , the American student population that was shot and kill in class in different states across America resulted in death or long term injuries stemming from an intense encounter with a crazy gunman in which are more than de minimus injuries.

What's even more bothering is the perpetrator that is also known as a hackers intentionally and knowingly used a mind controlling computer to orchestrate public school shootings across America to cause unnecessary and wanton infliction of pain on the American student population resulting in the death of a large number of the American student population constituting premeditated capitol mass murder in the first degree with the specific intent of intimidating the policy of the government to allow foreign governments to interfere in the United States presidential election of the United States of America.

The United States government did not make any efforts to temperature the severity of the unnecessary and wanton infliction of pain against the American student population that was shot and killed in class across America in which is because the United States Senate failed to impose a law that mandatorily required that every public school across America must implement court house setting security precaution at every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings in different states across America that resulted in the death of a large number of the American student population constituting premeditated capitol mass murder in the first degree.

To establish a constitutional violation under the Eighth Amendment the petitioner must demonstrate the following factors : 1) objectively , that the constitutional violation was sufficiently serious ; 2) subjectively , that the responsible official of the United States Senate acted with a culpable state of mind.

For the objective component of the legal analysis the constitutional deprivation of life without due process of law against the American student population that was shot and killed in class in different states throughout the entire United States of America as a result of the United States Senates failure to impose court house setting security precaution at every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings across America in which was sufficiently serious because a large number of the American student population was murdered in class across America constituting premeditated capitol mass murder in the first degree.

As for the subjective component of the legal analysis the United State Senate acted with a culpable mental state of mind by having substantial knowledge of the substantive risk of serious harm if the United States Senate did not impose a law that mandatorily required by law that every public school across America must implement court house setting security precaution at every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings across America however the United States Senate was deliberately indifferent from that substantive risk of serious harm to the American student population by failing to implement a law that mandatorily required that every public school across America must implement court house setting security precaution at every entrance to every public school across America in which resulted in the death of a large number of the American student population constituting premeditated capitol mass murder in the first degree.

Thus the petitioner has establish a constitutional violation of the Eighth Amendment of the United State Constitution by the United States Senate for failing to impose a law that mandatorily required that every public school across America must implement court house setting security precaution at every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings across

America in which resulted in the death of a large number of the American student population constituting premeditated capitol mass murder in the first degree.

*(VII)Conspiracy of Fabercation of Court Judgement*

The elements of a claim under a retaliation theory are : 1) the petitioner's invocation of a specific constitutional right ; 2) the respondent's intent to retaliate against the petitioner for the exercise of that specific right ; 3) a retaliatory adversed act ; and 4) causation.

Therefore , the petitioner must state the violation of a constitutional right and establish that but for the retaliatory motive , the complained of incident would have not occurred.

The relevant showing must be more than the petitioners personal belief that he is the victum of retaliation.

The petitioner must produce direct evidence of motivation or state a chronology of events from which retaliation could be inferred.

The petitioner states that the respondents have retaliated against the invocation of the petitioners constitutional rights to file civil cases that is seeking relief from imminent danger such as death by electronically filing into the clerk of the federal courts docketing system fabricated documents resembling legitimate court judgements that falsely portray to dismiss the civil case filed by the petitioner and impose filing restrictions in order to prevent a judicial investigation that can result in criminal lawful sanctions against the respondents for their negligent torturous conduct to use deadly technology to inflict a wanton infliction of pain resulting in the death of a protected class of Mexican American citizens of the United States constituting premeditated capital mass murder of Mexican American family arising to a constitutional deprivation of life without due process of law under the Fifth and Fourteenth Amendment of the United States Constitution.

The petitioner has a constitutional right to access to the court. This right is not limited but includes a reasonable adequate opportunity to file nonfrivolous legal claims challenging a constitutional deprivation of life , liberty , or property.

To state a claim of denial of access to the court , the petitioner must state that the respondents actions hindered the petitioners efforts to pursue his claims causing the petitioner actual legal injury and prejudice in his litigation to seek relief from imminent danger such as death.

On those basis the petitioner states that the fabricated document resembling legitimate court judgements that falsely portray to dismiss the petitioners civil case and impose filing restriction, has caused serious irreparable damage to the petitioners litigation to seek relief from imminent danger such as death because the federal courts have been referring to the fabricated documents resembling legitimate court judgements to dismiss any case filed by the petitioner without proper adjudication of the factual circumstances of the case such as interrogatories , discoveries , pretrial matters as clearly defined by the constitutional requirement of due process of law in direct violation of the Fifth and Fourteenth Amendment of the United States Constitution.

The operation of law under the due process clause requires that the federal court refrain from paying attention to the fabricated documents resembling legitimate court judgement or other federal court rulings that touch base on the fabricated documents resembling legitimate court judgements in order to more appropriately analyze and investigate the circumstances of the petition against mass murder without any prejudice that arises from the fabricated document resembling legitimate court judgement by the constitutional requirement of the Fifth and Fourteenth Amendment., i.e. the right to due process of law in any judicial matter.

The federal court must not refer to the fabricated document resembling legitimate court judgements to give the petition against mass murder a chance for survival for proper adjudication of the

facts with interrogatories , discoveries , and pretrial matters by the constitutional requirement of due process of law as clearly defined by the Fifth and Fourteenth Amendment.

*(VIII) Petitioner Strict Proof of Mass Murder*

Pursuant to the Sixth Amendment of the United States Constitution the petitioner has the right to compulsory process to subpoena tangible items such as documentary evidence that is consistent with crime scene investigator reports of each public school shooting across America , crime scene photographs of each public school shooting across America , 911 records of public school shootings across America , witness accounts or statements of public school shootings across America , death certificate of American students shot and killed in class in public school shootings across America , autopsy reports of American students that were shot and killed in class in public school shooting across America , and news media reports of public school shootings across America in which will sufficiently establish that the petitioners civil case is based on facts in law and therefore not frivolous for the purpose of arising probable cause to believe beyond a reasonable doubt that a large number of the American student population was shot and killed in class in different states across America throughout the entire United States of America constituting premeditated capitol mass murder in the first degree.

*(IX) Petitioner Seeks Appointment of Forensic Analysis Investigator from the United States Department of State to Conduct a Forensic Analysis Investigation of the Mental State of Mind of the Shooter at the Time that Shooting Crime Scene Occurred to Discover Identity of Hacker*

The petitioner seeks the appointment of a forensic analysis investigator from the United States Department of State to conduct a review also known as a forensic analysis of the mental state of mind or the memory of the shooter in each public school shooting across America at the time that the public school shooting occurred to make a determination of the hackers identity for the purpose of producing an arrest warrant with the hackers identity for using a mind controlling computer to orchestrate public school shootings across America with the specific intent of apprehending the hacker to prevent another

public school shooting from occurring in our American society for a more safer future in our education system because public school are a safe place not a place of violence.

*(X) The petitioner seeks the appointment of a forensic medical examiner from the United States Department of State to revive the american student population that was shot and killed in class across america in different states throughout the entire United States of America*

The petitioner seeks for the court to appoint a forensic medical professional from the United States Department of States to use advanced technology in medical science to revive the American student population that were shot and killed in class in a public school in different states throughout the entire United States of America for the purpose of helping the American student population to get well enough to testify about being shot and killed in class inside a public school in different states in which will prove beyond a reasonable doubt that the petitioners mass murder claim is based on factual occurrence that are directly based on law and therefore not frivolous.

*(XI) Monetary relief to obtain adequate medical care*

Pursuant to 18 U.S.C & 1964( c ) the American student population has been irreparable injured in a place of business such as a public school classroom as a result of violation of chapter 1962 of Title 18 of the United States Code by United States Senator that received or excepted derived monetary benefits to vote to not impose court house setting security precaution to every entrance to every public school across America to not protect the American student population from the ongoing trend or pattern of public school shootings in different states across America resulting in the death of a large number of the American student population in different states across America constituting premeditated capitol mass murder in the first degree.

As a result under 18 U.S.C & 19634 ( c ) the petitioner seeks to recover threefold as authorized by law by requesting that the federal district court to enter the followings orders , judgement , or decrees set forth below , in particular ;

The petitioner seeks for the court to immediately enter a monetary judgement to purchase and obtain a forensic medical professional from the United State Department of State to use advanced technology in medical science to revive the American student population that was shot and killed in class inside a public school in different states across America by the ongoing trend or pattern of public school shootings throughout the entire United States of America as a result of the U.S. Senates failure to impose a law that mandatorily requires that all public school across America must implement court house setting security precaution to every entrance to every public school across America in different states throughout the entire United States of America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings in different states across America.

The petitioner seeks for the court to immediately enter a court order for monetary relief to award the reviving American student population that were shot and killed in class in different states throughout the entire United States of America a money judgement to be able to obtain adequate medical care to recover from the irreparable injuries of being shot and killed in class inside a public school in different states across America.

The petitioner seeks for the court to immediately enter a monetary judgement to purchase and obtain state of the art metal detector devices , ex trays machines , and door way metal detector devices for the city police or sheriffs to search and frisk every person walking into any entrance to any public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings in different states across America.

The petitioner seeks for the court to immediately enter a monetary judgement to pay the city police or sheriff employee payroll to guard all the public schools across America by implementing court house setting security precaution such as employee ingredients the city police or sheriff officials to use metal detector devices to search and frisk any person walking into any public school to include ex

traying the property of the person such as backpack or purses to search for guns or weapons to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings across America.

(XII) Exhaustion of Administrative Remedies

The doctrine of exhaustion of administrative remedies says that a person challenging an agency decision must first pursue the agency's available remedies before seeking judicial review. It was created by courts in order to promote an efficient justice system and autonomous administrative state.

The petitioner has sent affidavits attesting to the fact that a perpetrator has been using mind controlling computers to orchestrate public school shootings across America and requesting the assignment of a federal prosecutor to conduct an investigation for want of prosecution in which was sent via United States Postal Service to the following state and federal law enforcement agencies set forth below , in particular ;

(i) United States Department of Justice , Criminal Division

(ii) United States Department of States , Criminal Investigation Division

(iii) Federal Buerua of Investigation , Criminal Investigation Division

(iv) United States Pentagon

(v) Crime Stoppers

(vi) United States Attorney General

(vii) Administrative Office of the United States Court

(viii) Office of the Governor for State of Texas

(ix) Texas Department of Criminal Justice

However the state and federal law enforcement agencies failed to genuinely criminally prosecute the criminal affidavit to prevent a criminal investigation that will reveal the fact that a perpetrator is using a mind controlling computer to orchestrate public school shootings across America in which has

resulted in the death of a large number of the American student population that was shot and killed in class in different states across America constituting premeditated capitol mass murder in the first degree of the American student population.

For some reason state and federal law enforcement agencies are utilizing methods of administration to stop a criminal investigation for the purpose of hiding the fact that a perpetrator is using a mind controlling computer to orchestrate public school shootings across America constituting mass murder of American student population.

As a result the petitioner now files this foregoing petition against mass murder in attempt to reveal the fact that there exist a perpetrator that is using a mind controlling computer to orchestrate public school shootings across America constituting mass murder of American student population.

**( 9 ) Summary of Argument**

The petitioner must state that he is seeking relief from imminent danger such as death. The petitioner further must state that there is a substantial likelihood of irreparable injury such as death if the court does not intervene. The petitioner must also state that the threat of irreparable injury such as death far outweighs any legal injury if relief from imminent danger such as death is granted. The petitioner must seek injunctive relief from imminent danger such as death .

**(10) Argument**

The following elements must be establish to clearly show that the petitioner is seeking relief from imminent danger such as death of the American student population from the ongoing trend or pattern of public school shootings across America , in particular ;

(1) Threat of Serious Harm: There must be a clear threat of death or serious physical injury (impairment of body function).

(2) Imminence: The danger must be immediate or present; it's happening now, or reasonably expected to happen before normal procedures (like a police response) can resolve it.

(3) Presence/Proximity: The threat must be occurring in your presence, though it doesn't require instantaneous action (e.g., someone reaching for a hidden weapon).

(4) Reasonable Belief & Proportionality: You must sincerely and reasonably believe you (or others) are in danger, and the force used must be proportionate to the threat (reasonable force).

In this particular case , the petitioner is seeking relief from imminent danger such as the death of the American student population as a result of the United States Senates enactment of the School Shooting Safety and Preparedness Act that did not mandatorily require by law that every single public school across America must impose court house setting security precaution to every entrance to every single public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings in different states across America in which has resulted in a large number of students being shot and killed in class inside a public school in different states across America constituting premeditated capitol mass murder of the American student population in the first degree.

There is a substantial likelihood that the American student population will suffer irreparable injury such as death by the ongoing trend or pattern of public school shootings in different states across America if the court does not intervene to implement court house setting security precaution to every single entrance to every single public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings across America.

The irreparable injury such as death that the American student population will suffer if the court does not intervene to impose court house setting security precaution at every public school across America to more appropriately protect the American student population from public school shootings in

which far outweighs any legal injury if the court does decide intervention to impose court house setting security precaution at every public school nation – wide across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings in different states across America.

**(11) Conclusion and Prayer**

Wherefore Premises Considered in conformance with the prerequisites set forth above the petitioner states that the operation of law requires the court to protect the American student population from the ongoing trend or pattern of public school shootings in different states across America by entering the following orders set forth below , in particular;

(i) the petitioner prays that the court enter an order finding that the American student population that was shot and killed in class inside a public school in different states across America accumulates to a large number of the American student population from different states across America constituting premeditated capitol mass murder in the first degree;

(ii) the petitioner prays that the court enter a order to appoint a forensic medical examiner from the United States Department of State to use advanced technology in medical science to revive the American student population that was shot and killed in class in different states throughout the United States of America for the purpose of allowing the reviving American student population to testify in court about being shot and killed in class in a public school in different states across America in order to prove beyond reasonable doubt that the petitioners mass murder claim is based on fact in law and therefore not frivolous;

(iii) the petitioner prays that the court enter an order to appoint a forensic analysis expert from the United States Department of State to conduct a forensic analysis of the mental state of mind of the shooter in every public school shooting at the time that the public school shooting occurred for the

purpose of revealing the identity of the hacker to produce an arrest warrant to apprehend the hacker in order to prevent another public school shooting in our American society for a more safer future because the public school is a safe place;

(iv) the petitioner prays that the court enter an order to mandatorily require that every public school , college , or universities across America must impose court house setting security precaution of the sort that require city police or sheriff officials at every entrance to every public school across America to use metal detector devices to search and frisk for weapons or guns every single person walking into any public school across America , to include , using ex tray machines to scan purses and backpack for weapons such as guns for the purpose of more appropriately protect the American student population from the ongoing trend or pattern of public school shooting in different states across America;

(v) the petitioner prays that the court enter an order to appoint a federal prosecutor to conduct an investigation for want of prosecution;

(vi) the petitioner prays that the court enter an order to appoint a federal grand jury to conduct an investigation for want of prosecution;

(vii) the petitioner prays that the court enter an order for the federal grand jury to issue a grand jury indictment for premeditated capitol mass murder in the first degree;

(viii) the petitioner prays that the court enter a order for monetary relief to purchase and obtain a forensic medical professional from the United States Department of State to use advanced technology in medical science to revive the American student population that was shot and killed in class inside a public school in different States throughout the entire United States of America;

(ix) the petitioner prays that the court to enter an order for monetary relief to purchase and obtain state of the art metal detectors devices , ex tray machines , and door way metal detector for city police

and sheriff to search and frisk every person walking into every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings across America;

(x) the petitioner prays for the court to enter a order to compensate the reviving American student population for being shot and killed in class inside a public school in different states across America as a result of the United States Senate deliberate indifference standard of conduct to not impose court house setting security precaution to every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings in different states across America;

(xi) the petitioner prays that the court to enter an monetary judgement that will appropriate money to pay the cost of the city police or sheriff employee payroll to guard all the American public schools across America from the ongoing trend or pattern of public school shootings across America.

The petitioner prays for general relief.

Respectfully Submitted,

Eric Flores, pro se petitioner
General Delivery
900 Brentwood Road N.E.,
Washington D.C., 20090

Pursuant to Penalty of Perjury (28 U.S.C & 1746) the petitioner hereby state , declare , certify that this foregoing petition against mass murder is true and correct to the best of his knowledge.

## **CERTIFICATE OF SERVICE**

Pursuant to Penalty of Perjury (28 U.S.C. & 1746) the petitioner hereby state , declare , and certify that true and correct copies of this foregoing petition against mass murder was sent via United States Postal Service to the following respondents place of business set forth below , in particular ;

(i)United States Attorney General , United State Department of Justice , 950 Pennsylvania Avenue N.W.,

Washington D.C., 20530.

(ii) United States Senate , Washington D.C., 20510.

(iii)Federal Bureau of Investigation ,935 Pennsylvania Avenue N.W., Washington D.C., 20535-0001

United States Judicial Panel on Multi District Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20544-0005

Eric Flores , pro se petitioner
900 Brentwood Road N.E., General Delivery , Washington D.C., 20090

Vs.

United State Department of Justice , United State Attorney General , respondent
950 Pennslyvania Avenue NW , Washington DC 20530

Federal Bureau of Investigation , respondent
935 Pennsylvania Avenue N.W., Washington D.C., 20535-0001

United States Senate, respondent
Washington D.C., 20510

---

**MOTION TO TRANSFER MULTI DISTRICT LITIGATION**

---

Pursuant to 28 USC & 1407 the petitioner files this foregoing Motion to Transfer Multi District Litigation that consist of several petitions against mass murder that are based on common questions of fact and law which were filed in each of the federal court located in the capitol of each of the fifty states of the United States of America in which should all be referred for coordinated and consolidated proceedings in the United States Judicial Panel on Multi District of Litigation that is designated at the geographical location near the respondents place of business in Washington DC. In support thereof the petitioner states the following grounds for relief , in particular ;

**Procedural History**

Recent news media accounts and front page local newspaper coverage has been about public school shootings that have been occurring in different states across America throughout the entire United States of America.

There were some periods of time during the last ten or fifteen years when a public school shooting would occur in different states across America every week kind of like it was a phenomenon. But lately public school shootings have been occurring every other week in different states across America.

As a result the United States Senate addressed or debated public school shootings in different states across throughout the entire United States of America.

The United States Senate addressed and debated public school shootings in a congressional proceedings that resulted in the establishment of an act of law also known as the School Shooting Safety and Preparedness Act.

The United States Senate was deliberately indifferent to the policy to protect the American student population by making an act of law entitled School Shooting Safety and Preparedness Act that did not mandatorily require by law for every single public school across America to have to implement court house setting security precaution to every single entrance to every single public school across America to more appropriately protect the America student population from the ongoing trend or pattern of public school shootings across America in which resulted in the death of a large number of the American student population that was shot and killed in class inside a public school in different states across America constituting premeditated capitol mass murder in the first degree.

The United States Senate was deliberately indifferent to serious medical needs by not reviving the American student population that was shot and killed in class inside a public school in different states across America.

The petitioner then filed a petition against mass murder in each of the federal courts that were located in the capitol of each of the fifty states of the United States in which is because the capitol of each State is the respondents designated place of business as the elected United States Senator.

The petitioners petition against mass murder is seeking relief from imminent danger such as death of the American student population by the ongoing trend or pattern of public school shootings across America in which has been filed in each federal district court located in the capitol of each of the fifty states of the United States of America.

Each of the petition against mass murder that was filed in the federal courts located in the capitol of each of the fifty state of the United States of America asserts common questions of fact and law involving the negligent conduct of the United States Senates to not protect the American student population by failing to impose a law to mandatorily require that all public Schools across America must implement court house setting security precautions to every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings across America.

The petitioners petition against mass murder seeked the enactment of law to implement court house setting security precautions at every entrance to every public school across America to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings in different states across America.

The respondents place of business is also designated at the capital of the United States as the elected United States Senator of each state in which is also where the Judicial Panel on Multi District Litigation is located as well.

For this reason the petitioner filed a motion to transfer multi district litigation for coordinated and consolidated proceedings with the United States Judicial Panel on Multi District Litigation in Washington DC where the respondents place of business is designated in which is more convenient for all the parties involved from each state of the United States of America whom frequently gather at the capitol of the United States in Washington DC in the senate building to make final policy in the public interest of health and safety.

**Imminent Danger Such As Death**

Pursuant to 28 USC & 1915 (e) the United States Judicial Panel on Multi District Litigation may not dismiss a civil case that is seeking relief from imminent danger such as death.

The petitioner is seeking relief from imminent danger such as death of the American student population from the ongoing pattern or trend of public school shootings in different states across America in which has resulted in the death of a large number of the American student population constituting mass murder in the first degree.

There exist a substantial likelihood that the American student population will suffer irreparable injury such as death by the ongoing trend or pattern of public school shooting in different states across America if the court does not intervene to enter an order for nation wide security precautions at every public school across America of the sort that mandatorily require by law for the city police or sheriff officials to use metal detector devices to search and frisk students or any person walking into a public school across America for any guns and use ex tray machines to scan pack backs or purses for guns in order to more appropriately protect the American student population from the ongoing trend or pattern of public school shootings across America.

The threat of irreparable injury such as death that the American student population will suffer if the relief that is being seeked will not be granted far outweighs any legal injury if the relief that is being seeked is granted to protect the American student population from the ongoing trend or pattern of public school shooting in different states across America.

***Convenience For All Parties***

The transfer of the Multi District Litigation from every single federal district court located in the capitol of each of the fifty states of the United States of America for coordinated and consolidated proceedings in the United States Judicial Panel on Multi District Litigation that is located in Washington DC in which is convenient for all parties that have a place of business in the capitol of the United States.

***Subject Matter Is Proper In Washington DC***

The venue of jurisdiction in Washington DC is proper for the subject matter of the Multi District Litigation because the capitol of the United States is the place where the United States Senate debated or addressed public school shootings in a congressional proceeding to enact a law that is unconstitutional.

On those basis the subject matter of the Multi District Litigation is proper in Washington DC the place where the United States Senate debated or addressed public school shootings in a congressional proceeding to enact a law that is unconstitutional.

***Conclussion and Prayer***

Wherefore Premises Considered in conformance with the prerequisites set forth herein the petitioner prays that the United States Judicial Panel on Multi District Litigation to transfer the fifty two petitions against mass murder that were originally filed in the federal district court that is located in the capitol of each state of the United States of America for coordinated and consolidated proceedings in the Administrative Office of the United States Courts.

The petitioner prays that the venue of jurisdiction of all fifty two petitions against mass murder be consolidated into venue of jurisdiction of one federal district court located in Washington DC for the convenience of the parties that have a place of business in the capitol of the United States of America.

The petitioner prays that the subject matter jurisdiction of all fifty two petition against mass murder that were filed in the federal district court located in the capitol of each of the fifty two states of the United States of America in which should all be transferred to the geographical location of Washington DC the place where the act of congress that is unconstitutional occurred.( All fifty two petitions against mass murder filed in each state are attached hereto and incorporated by reference for all purposes).

The petitioner prays for general relief.

Respectfully Submitted,

Eric Flores , pro se petitioner
General Delivery
900 Brentwood Road N.E.,
Washington D.C., 20090

Pursuant to Penalty of Perjury (28 USC & 1746) the petitioner hereby States, declares , and certifies that the foregoing Motion to Transfer is true and correct.

**CERTIFICATE OF SERVICE**

Pursuant to Penalty of Perjury (28 U.S.C. & 1746) the petitioner hereby state , declare , and certify that true and correct copies of this foregoing motion to transfer multi district litigation was sent via United States Postal Service to the following respondents place of business set forth below , in particular ;

(i)United States Attorney General , United State Department of Justice , 950 Pennsylvania Avenue N.W., Washington D.C., 20530.

(ii) United States Senate , Washington D.C., 20510.

(iii) Federal Bureau of Investigation , 935 Pennsylvania Avenue N.W., Washington D.C., 20535-0001